**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>THE U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>         Defendant. | No. 2:20-cv-01362-MJP<br><br>UNITED STATES' ENTRY OF APPEARANCE |

Please enter the appearance of Michele L. Walter as counsel in the above-captioned case on behalf of the Defendant, the United States Environmental Protection Agency. Ms. Walter is registered to use the Court's ECF and, thus, may be served electronically using that system. If necessary, notices, orders, or other papers alternatively may be sent to Ms. Walter at either of the following addresses:

U.S. Entry of Appearance
2:20-cv-01866

U.S. Dept. of Justice
999 18th St, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345

**FIRST CLASS MAIL AND OVERNIGHT MAIL DELIVERY**

United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th St.
Suite 370 – South Terrace
Denver, CO 80202

**TELEPHONE**

303-844-1345

**FACSIMILE**

303-844-1350

**E-MAIL**

Michele.Walter@usdoj.gov

DATED:  October 14, 2020

        Respectfully Submitted,

        JONATHAN BRIGHTBILL
        Principal Deputy Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        s/ *Michele L. Walter*
        MICHELE L. WALTER
        Environmental Defense Section
        999 18th Street, Suite 370 – South Terrace
        Denver, CO 80202
        303-844-1345
        Michele.walter@usdoj.gov

        BRIAN T. MORAN
        United States Attorney
        BRIAN KIPNIS
        Assistant United States Attorney
        for the Western District of Washington
        5220 United States Courthouse

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
999 18th St, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345

2

700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendant*

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
999 18th St, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

                            s/ *Michele L. Walter*
                            MICHELE L. WALTER

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
999 18th St, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345

4