**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 2:20-cv-01362-MJP <br><br> UNITED STATES' ENTRY OF APPEARANCE |

Please enter the appearance of Elisabeth H. Carter as counsel in the above-captioned case on behalf of the Defendant, the United States Environmental Protection Agency. Ms. Carter is registered to use the Court's ECF and, thus, may be served electronically using that system. If necessary, notices, orders, or other papers alternatively may be sent to Ms. Carter at either of the following addresses:

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141

**FIRST CLASS MAIL AND OVERNIGHT MAIL DELIVERY**

United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

**TELEPHONE**

(202) 598-3141

**FACSIMILE**

(202) 305-8865

**E-MAIL**

elisabeth.carter@usdoj.gov

DATED:  October 28, 2020

 Respectfully Submitted,

 JONATHAN BRIGHTBILL
 Principal Deputy Assistant Attorney General
 Environment & Natural Resources Division
 United States Department of Justice

 s/ *Elisabeth H. Carter*
 ELISABETH H. CARTER
 Environmental Defense Section
 P.O. Box 7611
 Washington, D.C. 20044
 (202) 598-3141
 Elisabeth.carter@usdoj.gov

 MICHELE L. WALTER
 Environmental Defense Section
 999 18th Street, Suite 370 – South Terrace
 Denver, CO 80202
 303-844-1345
 Michele.walter@usdoj.gov

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141

BRIAN T. MORAN
United States Attorney
BRIAN KIPNIS
Assistant United States Attorney
for the Western District of Washington
5220 United States Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendant*

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141

CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

                                                  s/ *Elisabeth H. Carter*
                                                  ELISABETH H. CARTER

U.S. Entry of Appearance
2:20-cv-01362

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141