1
2
3
4
5
6
7

The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10
11

NORTHWEST ENVIRONMENTAL
ADVOCATES,

Plaintiff,

v.

THE U.S. ENVIRONMENTAL
PROTECTION AGENCY,

Defendants.

12
13
14
15
16

No. 2:20-cv-01362-MJP

DEFENDANT'S MOTION TO
EXTEND DATE TO RESPOND
TO COMPLAINT AND FILE THE
ADMINISTRATIVE RECORD

NOTED ON MOTION
CALENDAR:  October 30, 2020

17
18

Defendant, the United States Environmental Protection Agency ("EPA"), requests a

19

twenty-one-day extension – from November 25, 2020, to and including December 16, 2020 – of

20

the deadline for filing its response to the Complaint and the administrative record.  On October

21

26 and 27, 2020, undersigned counsel conferred with counsel for Plaintiff, who indicated that

22

Plaintiff does not oppose this Motion.  In support of this Motion, Defendant provides the

23

following.

24

Under Federal Rule of Civil Procedure 12(a)(2), Defendant's answer to the complaint is

25

due "within 60 days after service on the United States attorney."  Under Local Rule 79, the

26

Motion to Extend
2:20-cv-01362

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-3141

1

2

administrative record of any agency proceeding shall be filed at the time of the answer.  Under

these rules, the date for filing Defendant's answer and administrative record also is November

3

4

25, 2020.  Given the schedules and caseload of undersigned counsel at the United States

Department of Justice and the time necessary to coordinate with EPA on the response to the

5

6

Complaint, as well as to assemble and complete review of the documents that comprise the

7

administrative record, an extension is warranted here under Local Rule 7(j).  Defendant therefore

8

requests that the Court grant a twenty-one day extension, to December 16, 2020, of the deadline

9

to file a response to the Complaint and the administrative record.

10

A proposed form of order is being submitted pursuant to Local Rule 10(e)(7).

11

DATED:  October 30, 2020

12

13

14

ERIC GRANT
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

15

16

17

18

*/s/ Elisabeth H. Carter*
ELISABETH H. CARTER
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202-598-3141
Elisabeth.carter@usdoj.gov

19

20

21

22

23

*/s/ Michele L. Walter*
MICHELE L. WALTER
Environmental Defense Section
999 18th Street, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345
Michele.walter@usdoj.gov

24

25

BRIAN T. MORAN
United States Attorney

26

*/s/ Brian Kipnis*

Motion to Extend
2:20-cv-01362

2

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-3141

BRIAN KIPNIS
Assistant United States Attorney
    for the Western District of Washington
5220 United States Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.


s/ *Elisabeth H. Carter*
ELISABETH H. CARTER