The Honorable Marsha J Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

    v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Case No. 2:20-cv-01362-MJP

**[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE TO RESPOND TO COMPLAINT AND FILE THE ADMINISTRATIVE RECORD

The Court hereby GRANTS the Moving Party's Unopposed Motion to Extend the Date to Respond to the Complaint and File the Administrative Record.

1) The deadline by which Defendant must file its response to the Complaint and the administrative record is extended by twenty-one days—from November 25, 2020, to and including December 16, 2020.

IT IS SO ORDERED.

DATED this _____ day of October 2020.

_____

**[PROPOSED]** ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND FILE THE ADMINISTRATIVE RECORD - 1
Case No. 2:20-cv-01362-MJP

The Honorable Marsha J. Pechman
United States District Judge

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

**[PROPOSED]** ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT AND FILE THE
ADMINISTRATIVE RECORD - 2
Case No. 2:20-cv-01362-MJP