The Honorable Marsha J Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

Plaintiff,

v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

Case No. 2:20-cv-01362-MJP

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE TO RESPOND TO COMPLAINT AND FILE THE ADMINISTRATIVE RECORD

The Court hereby GRANTS the Moving Party's Unopposed Motion to Extend the Date to Respond to the Complaint and File the Administrative Record.

1) The deadline by which Defendant must file its response to the Complaint and the administrative record is extended by twenty-one days—from November 25, 2020, to and including December 16, 2020.

\\

\\

\\

ORDER EXTENDING DEADLINE TO RESPOND TO
COMPLAINT AND FILE THE ADMINISTRATIVE RECORD
- 1
Case No. 2:20-cv-01362-MJP

IT IS SO ORDERED.

DATED this 2nd day of November, 2020.

 *[signature]*

The Honorable Marsha J. Pechman
United States District Judge

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

ORDER EXTENDING DEADLINE TO RESPOND TO
COMPLAINT AND FILE THE ADMINISTRATIVE RECORD
- 2
Case No. 2:20-cv-01362-MJP