The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | |
| Plaintiff, | No. 2:20-cv-01362-MJP |
| v. | DEFENDANT'S UNOPPOSED MOTION TO EXTEND DATE TO RESPOND TO COMPLAINT AND FILE THE ADMINISTRATIVE RECORD |
| THE U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | NOTED ON MOTION CALENDAR:  December 9, 2020 |

Defendant, the United States Environmental Protection Agency ("EPA"), requests a four-week extension – from December 16, 2020, to and including January 13, 2021 – of the deadline for filing its response to the Complaint and the deadline for filing the administrative record. Undersigned counsel has conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this Motion.  In support of this Motion, Defendant states the following:

The current deadline for filing Defendant's response to the Complaint and administrative record is December 16, 2020.  The parties filed a Joint Status Report on November 30, 2020,

Motion to Extend
2:20-cv-01362

indicating that Defendant would be seeking an extension to January 13, 2020.  Given the

schedules and caseload of undersigned counsel at the United States Department of Justice and

the time necessary to coordinate with EPA on the response to the Complaint, as well as to

assemble and complete review of the documents that comprise the administrative record, an

extension is warranted here under Local Rule 7(j).  Defendant therefore requests that the Court

grant a four-week extension, to January 13, 2021, of the deadline to file a response to the

Complaint and to file the administrative record.

A proposed form of order is being submitted pursuant to Local Rule 10(e)(7).

DATED:  December 9, 2020

ERIC GRANT
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Michele L. Walter*
MICHELE L. WALTER
Environmental Defense Section
999 18th Street, Suite 370 – South Terrace
Denver, CO 80202
303-844-1345
Michele.walter@usdoj.gov

*/s/ Elisabeth H. Carter*
ELISABETH H. CARTER
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202-598-3141
Elisabeth.carter@usdoj.gov

BRIAN T. MORAN
United States Attorney

*/s/ Brian Kipnis*
BRIAN KIPNIS
Assistant United States Attorney

Motion to Extend
2:20-cv-01362

2

U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-3141

for the Western District of Washington
5220 United States Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

/s/ *Elisabeth H. Carter*
ELISABETH H. CARTER