The Honorable Marsha J Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　Defendant. | Case No. 2:20-cv-01362-MJP<br><br>**[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE TO RESPOND TO COMPLAINT AND FILE THE ADMINISTRATIVE RECORD |

The Court hereby GRANTS the Moving Party's Unopposed Motion to Extend the Date to Respond to the Complaint and File the Administrative Record.

1) The deadline by which Defendant must file its response to the Complaint and the administrative record is extended by four weeks—from December 16, 2020, to and including January 13, 2021.

IT IS SO ORDERED.

DATED this _____ day of December 2020.

_____

**[PROPOSED]** ORDER EXTENDING DEADLINE TO
RESPOND TO COMPLAINT AND FILE THE
ADMINISTRATIVE RECORD - 1
Case No. 2:20-cv-01362-MJP

1  The Honorable Marsha J. Pechman
2  United States District Judge

3

4  *Presented by:*
   Elisabeth H. Carter
5  U.S. Department of Justice
   Environment & Natural Resources Division
6  Environmental Defense Section
   P.O. Box 7611
7  Washington, D.C. 20044
   (202) 598-3141
8  Elisabeth.carter@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **[PROPOSED]** ORDER EXTENDING DEADLINE TO
    RESPOND TO COMPLAINT AND FILE THE
    ADMINISTRATIVE RECORD - 2
    Case No. 2:20-cv-01362-MJP