1
2
3
4
5
6
7
8
9
10

The Honorable Marsha J Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12  NORTHWEST ENVIRONMENTAL
    ADVOCATES,
13
          Plaintiff,
14
          v.
15
    THE U.S. ENVIRONMENTAL PROTECTION
16  AGENCY,
17
          Defendant.
18

Case No. 2:20-cv-01362-MJP

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DATE TO
RESPOND TO COMPLAINT AND FILE
THE ADMINISTRATIVE RECORD

19
20      The Court hereby GRANTS the Moving Party's Unopposed Motion to Extend the Date to

21  Respond to the Complaint and File the Administrative Record.

22      1)  The deadline by which Defendant must file its response to the Complaint and the

23          administrative record is extended by four weeks—from December 16, 2020, to and

24          including January 13, 2021.

25      IT IS SO ORDERED.

26
27
28  ORDER EXTENDING DEADLINE TO RESPOND TO
    COMPLAINT AND FILE THE ADMINISTRATIVE RECORD
    - 1
    Case No. 2:20-cv-01362-MJP

DATED this 11th day of December 2020.

The Honorable Marsha J. Pechman
United States District Judge

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

ORDER EXTENDING DEADLINE TO RESPOND TO
COMPLAINT AND FILE THE ADMINISTRATIVE RECORD
- 2
Case No. 2:20-cv-01362-MJP