The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　Defendant. | Case No. 2:20-cv-01362-MJP<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

　　Upon consideration of the memoranda in support and opposition, the Court hereby GRANTS Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the Complaint is dismissed with prejudice.

　　IT IS SO ORDERED.

　　DATED this _____ day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**[PROPOSED]** ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT - 1
Case No. 2:20-cv-01362-MJP

1
2    *Presented by:*
3    Elisabeth H. Carter
     U.S. Department of Justice
4    Environment & Natural Resources Division
     Environmental Defense Section
5    P.O. Box 7611
     Washington, D.C. 20044
6    (202) 598-3141
7    Elisabeth.carter@usdoj.gov
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   **[PROPOSED]** ORDER GRANTING DEFENDANTS'
     MOTION TO DISMISS OR IN THE ALTERNATIVE
     FOR SUMMARY JUDGMENT - 2
     Case No. 2:20-cv-01362-MJP