HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 20-cv-01362-MJP<br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE** |

Upon consideration of the Joint Motion for Extension of Briefing Schedule, the Court hereby GRANTS the motion. Accordingly, IT IS ORDERED that the following deadlines apply to the response and reply briefs to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment:

- Plaintiff's response deadline is **March 15, 2021**
- Defendants' reply deadline is **April 5, 2021**

\\
\\
\\

ORDER - 1

DATED this 25th day of January, 2021.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

EARTHRISE LAW CENTER

By: s/ *Lia Comerford*
Lia Comerford, WSBA No. 56447

BRICKLIN & NEWMAN, LLP

By: s/ *Bryan Telegin*
Bryan Telegin, WSBA No. 46686

*Counsel for Plaintiff*

U.S. DEPARTMENT OF JUSTICE

By: s/ *Michele L. Walter*
Michele L. Walter

By: s/ *Elisabeth H. Carter*
Elisabeth H. Carter

*Counsel for Defendant*

ORDER - 2