IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 20-cv-01362-MJP<br><br>**ORDER ON JOINT STATUS REPORT AND SCHEDULING MOTION** |

Upon consideration of the Parties' Joint Status Report and Scheduling Motion, the Court hereby GRANTS the motion. Accordingly, the Court orders the Parties to file a proposed briefing schedule no later than July 14, 2021.

DATED this 6th day of July, 2021.

HONORABLE MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

ORDER - 1

Presented by:

EARTHRISE LAW CENTER

By: s/ *Lia Comerford*
Lia Comerford, WSBA No. 56447

BRICKLIN & NEWMAN, LLP

By: s/ *Bryan Telegin*
Bryan Telegin, WSBA No. 46686

*Counsel for Plaintiff*

U.S. DEPARTMENT OF JUSTICE

By: s/ *Elisabeth H. Carter*
Elisabeth H. Carter

*Counsel for Defendant*