UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. C20-1362 MJP<br><br>ORDER DENYING JOINT MOTION FOR BRIEFING SCHEDULE |

This matter comes before the Court on the Parties' Joint Motion for Order Establishing a Summary Judgment Briefing Schedule. (Dkt. No. 48.) The Court has reviewed the Motion and all supporting materials and DENIES it without prejudice.

The parties propose a staggered cross-motion briefing schedule where Plaintiff would file its summary judgment motion and then Defendant would later file its summary judgment and response. The parties propose to file replies, with Defendant's reply due by October 8, 2021, five weeks before trial on November 15, 2021. The parties' proposal would not give the Court

ORDER DENYING JOINT MOTION FOR BRIEFING SCHEDULE - 1

sufficient time to consider and rule on the issues presented in the dueling motions for summary judgment and allow the parties to be prepared for trial and meet the other pretrial deadlines. The Court requires at least two months before trial to consider the summary judgment motions proposed by the parties. Because the parties' proposal does not allow sufficient time, the Court DENIES the Motion without prejudice.

The parties are ORDERED to meet and confer to discuss a briefing schedule which provides sufficient time before trial to file cross-motions for summary judgment. Consistent with Local Rule 7(k), the Court requests the parties consider and discuss proposing a briefing schedule wherein each party files its motion at the same time and the parties then file responses at the same time, foregoing replies. This will allow for an abbreviated time frame and focus the issues for the Court, and the Court would indulge up to 60 total pages for the briefing (motion and response). Within seven days of entry of this Order the parties are ORDERED to meet and confer and file a new motion for entry of a briefing schedule consistent with this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 19, 2021.

Marsha J. Pechman
United States Senior District Judge