The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Case No. 2:20-cv-01362-MJP

ORDER GRANTING JOINT MOTION TO VACATE TRIAL DATE AND SET SUMMARY JUDGMENT BRIEFING SCHEDULE

The Court hereby GRANTS the Parties' Joint Motion to Vacate Trial Date and Set Summary Judgment Briefing Schedule. (Dkt. No. 50.) The Court VACATES the trial date and any other remaining case deadlines, and establishes the following summary judgment briefing schedule:

- August 20, 2021: Plaintiff's brief in support of its motion for summary judgment motion (no more than 30 pages)

- September 17, 2021: Defendant's brief in support of its cross-motion for summary judgment and response to Plaintiff's motion (no more than 42 pages)

- October 8, 2021: Plaintiff's reply in support of its motion for summary judgment and response to Defendant's cross-motion (no more than 24 pages)

ORDER - 1
Case No. 2:20-cv-01362-MJP

- October 22, 2021: Defendant's reply in support of its cross-motion for summary judgment (no more than 12 pages).

IT IS SO ORDERED.

DATED this 26th day of July 2021.

The Honorable Marsha J. Pechman
United States Senior District Judge

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

*Counsel for Defendant*

/s/  Lia Comerford
Lia Comerford, WSBA No. 56447
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823
Fax: (503) 768-6642
E-mail: comerfordl@lclark.edu

/s/  Bryan Telegin
Bryan Telegin, WSBA No. 46686
Bricklin & Newman, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: (206) 264-8600
Fax: (206) 264-9300
E-maill: telegin@bnd-law.com

*Counsel for Plaintiff*

ORDER - 2
Case No. 2:20-cv-01362-MJP