The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>　　　　　　　　　　Defendant. | NO. 20-cv-01362-MJP<br><br>**SECOND DECLARATION OF LIA COMERFORD** |

SECOND COMERFORD
DECLARATION
Case No. 20-cv-01362-MJP

**Earthrise Law Center**
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax: (206) 264-9300

I, LIA COMERFORD, declare the following:

1. I am one of the attorneys representing Northwest Environmental Advocates in this litigation.

2. Attached to this declaration as Exhibit A is a true and correct copy of EPA's April 30, 2013 letter denying the petition at issue in the case *WildEarth Guardians v. EPA*, Case No. 13-1212 (D.C. Cir. June 27, 2014). Also included in the exhibit are two additional documents filed in that case as part of the Joint Appendix regarding EPA's Office of Air Quality Planning and Standard's budget and staff information and workload. I retrieved these documents from the publicly-available docket for this case.

3. Attached to this declaration as Exhibit B is a true and correct copy of the U.S. Food and Drug Administration's August 28, 2013 letter denying the petition at issue in the case *Compassion Over Killing v. FDA,* Case No. 3:13-cv-01385 (N.D. Cal. Mar. 28, 2013). I retrieved this document from the publicly-available docket for this case.

4. Attached to this declaration as Exhibit C is a true and correct copy of EPA's July 29, 2011 letter denying the petition at issue in the case *Gulf Restoration Network v. Jackson*, Case No. 2:12-CV-00677 (E.D. La. Mar. 3, 2012). I retrieved this document from the publicly-available docket for this case.

5. Attached to this declaration as Exhibit D is a true and correct copy of EPA's March 2011 Framework Memo titled "Working in Partnership with States to Address Phosphorus and Nitrogen Pollution through Use of a Framework for State Nutrient Reductions." I retrieved this document from the publicly-available docket for the *Gulf Restoration Network v. Jackson* case, *see supra* ¶4.

6. Attached to this declaration as Exhibit E is a true and correct copy of the

SECOND COMERFORD
DECLARATION - 1
Case No. 20-cv-01362-MJP

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

Washington Department of Ecology's Surface Water Quality Standards Triennial Review Results-Five-Year Plan (August 2011). I retrieved this document via a hyperlink included in the attachment to EPA's motion for summary judgment. *See* Dkt. 54-2 at 5. The hyperlink is: https://ecology.wa.gov/DOE/files/37/3761607d-3390-418a-8684-118c959fc676.pdf (last visited Oct. 7, 2021).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2021.

By: s/ Lia Comerford
Lia Comerford, WSBA No. 56447
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823
Fax: (503) 768-6642
E-mail: comerfordl@lclark.edu

*Attorney for Plaintiff NWEA*

SECOND COMERFORD
DECLARATION - 2
Case No. 20-cv-01362-MJP

**Earthrise Law Center**
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300