The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>                Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                Defendant. | NO. 20-cv-01362-MJP<br><br>**UNOPPOSED MOTION TO ENTER JUDGMENT**<br><br>**NOTING DATE:** January 18, 2022 |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiff Northwest Environmental Advocates ("NWEA") hereby moves for entry of judgment in this case. NWEA's counsel conferred with counsel for Defendant U.S. Environmental Protection Agency ("EPA"), and EPA does not oppose this motion.

On December 29, 2021, the Court granted in part NWEA's motion for summary judgment and denied EPA's motion for summary judgment under Federal Rule of Civil Procedure 56. *See generally*, Order on Cross-motions for Summary Judgment, ECF No. 57. The Order resolved the single claim in the case, vacated EPA's denial

UNOPPOSED MOTION
TO ENTER JUDGMENT - 1

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

of NWEA's Petition, and remanded the Petition to EPA to make a necessity determination within 180 days of the Court's order unless EPA obtains leave from the Court for additional time consistent with the Order. *Id.* at 22.  The Court did not enter final judgment in a separate document under Rule 58(a).

Ruel 58(d) provides that "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)." Rule 58(a), in turn, provides that "[e]very judgment and amended judgment must be set out in a separate document" except if the judgment relates to an order that falls within one of the categories of motions enumerated in Rule 58(a). A motion for summary judgment is not one of the enumerated categories. Fed. R. Civ. P. 58(a). Therefore, judgment in this case must be set out in a separate document.

Further, NWEA intends to file a motion for attorneys fees and costs in this case pursuant to the Equal Access to Justice Act ("EAJA"). Under EAJA, such a motion is to be filed "within thirty days of final judgment in the action[.]" 28 U.S.C. § 2412(d)(1)(B). A "final judgment" under EAJA is "a judgment that is final and not appealable[.]" *Id.* § 2412(d)(2)(G). An appeal as of right may be taken within sixty days after entry of a judgment if one of the parties is a United States agency, Fed. R. App. P. 4(a)(1)(B)(ii), such as the case here. Thus, a judgment becomes final for purposes of EAJA once 60 days have elapsed from the date of final judgment without the filing of a notice of appeal. In this case, the Court's entry of its dispositive summary judgment order on December 29, 2021, unaccompanied by a separate judgment under Rule 58(d), has created uncertainty regarding these deadlines. The Court's issuance of a separate judgment would resolve this uncertainty.

UNOPPOSED MOTION
TO ENTER JUDGMENT - 2

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

Plaintiff respectfully requests that the Court grant this unopposed motion and enter a judgment in this case in a separate document. A proposed form of order is being submitted pursuant to Local Rule 10(e)(7), as well as a proposed judgment.

DATED this 18th day of January, 2022.

Respectfully submitted,

EARTHRISE LAW CENTER

By: s/ Lia Comerford
Lia Comerford, WSBA No. 56447
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823
Fax: (503) 768-6642
E-mail:comerfordl@lclark.edu

BRICKLIN & NEWMAN, LLP

By: s/ Bryan Telegin
Bryan Telegin, WSBA No. 46686
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: (206) 264-8600
Fax: (206) 264-9300
E-mail: telegin@bnd-law.com

*Counsel for Plaintiff Northwest Environmental Advocates*

UNOPPOSED MOTION
TO ENTER JUDGMENT - 3

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel. (503) 768-6823
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300