The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

Plaintiff,

v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

Case No. 2:20-cv-01362-MJP

**[PROPOSED]** JUDGMENT

In accordance with the Court's Order dated December 29, 2021 (ECF No. 57),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Judgment be entered as follows:

1. Judgment is entered for Plaintiff on its Claim for Relief. EPA's denial of NWEA's Petition was arbitrary, capricious, and incompatible with the CWA.

2. The Court vacates EPA's denial of NWEA's Petition and remands the petition to EPA to make a necessity determination.

3. The Court orders EPA to issue its necessary determination within 180 days of

**[PROPOSED]** JUDGMENT - 1
Case No. 2:20-cv-01362-MJP

entry of the Court's December 29, 2021 Order unless EPA obtains leave of Court for additional time consistent with the Court's Order.

IT IS SO ORDERED.

DATED this _____ day of _____ 2022.

_____
The Honorable Marsha J. Pechman
United States District Judge

[PROPOSED] JUDGMENT - 2
Case No. 2:20-cv-01362-MJP