UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. C20-1362 MJP<br><br>ORDER GRANTING MOTION TO ENTER JUDGMENT |

This matter comes before the Court on Plaintiff's Unopposed Motion to Enter Judgment. (Dkt. No. 58.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion.

Invoking Rule 58(d), Plaintiff asks the Court to enter a separate judgment consistent with its Order on the Parties' Cross-Motions for Summary Judgment for which it has not yet entered a separate judgment. (Dkt. No. 57.) Plaintiff explains that entry of a separate judgment accords with Rule 58 and will provide clarity to the parties as to other deadlines that relate to the entry of

1  judgment. The Court finds Plaintiff's unopposed request to be proper and GRANTS the Motion.

2  The Court DIRECTS the Clerk to enter a judgment consistent with the Court's Order on

3  Summary Judgment, Dkt. No. 57.

4      The clerk is ordered to provide copies of this order to all counsel.

5      Dated January 19, 2022.

*/s/ James L. Robart*
James L. Robart
United States Senior District Judge