# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1362 MJP |

___    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X 　   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　THE COURT HAS ORDERED THAT

　Plaintiff's Motion for Summary Judgment is GRANTED in Plaintiff's favor on the sole claim Plaintiff asserted against Defendant. The Court VACATES Defendant's denial of Plaintiff's petition under the Clean Water Act and REMANDS Plaintiff's petition to Defendant to make a necessity determination under the Clean Water Act. See 33 U.S.C. § 1313(c)(4)(B). The Court ORDERS Defendant to make the necessity determination within 180 days of the Court's Order on Summary Judgment (December 29, 2021) unless Defendant obtains leave of Court for additional time consistent with the Court's Order.

\\

\\

Dated January 19, 2022.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/ Serge Bodnarchuk
                                      Deputy Clerk