UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | CASE NO. C20-1362 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has taken Defendant's Motion to Stay under advisement and intends to provide its ruling thirty days from the noting date, as countenanced by Local Rule 7(b)(5). The Parties are free to file a notice of settlement or related papers in the interim.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed July 5, 2022.

<pre>
                              Ravi Subramanian
                              Clerk of Court

                              s/Serge Bodnarchuk
                              Deputy Clerk
</pre>

MINUTE ORDER - 2