The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

    v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Case No. 2:20-cv-01362-MJP

ORDER GRANTING JOINT MOTION FOR AN INDICATIVE RULING

    Based on the foregoing joint motion, and for good cause shown, it is hereby ORDERED that the Parties' Joint Motion for an Indicative Ruling, ECF No. 79, is GRANTED. If the Ninth Circuit provides a limited remand for this purpose, the Court would enter the Parties' Proposed Modified Order.

\\

\\

\\

ORDER GRANTING JOINT MOTION FOR AN INDICATIVE
RULING - 1
Case No. 2:20-cv-01362-MJP

DATED this 2nd day of August, 2022.

Marsha J. Pechman
United States Senior District Judge

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

*Attorney for Defendant*