The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

    v.

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Case No. 2:20-cv-01362-MJP

ORDER GRANTING MOTION TO AMEND AND MODIFYING THE COURT'S DECEMBER 29, 2021 ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

    Based on the foregoing motions and the parties' joint request, and for good cause shown, the Court hereby VACATES the Order of its December 29, 2021 Opinion and Order (ECF No. 57 at 21, lines 17-19 and 22, lines 6 to 8). In addition, it is hereby ORDERED that: EPA will issue a new decision on Plaintiff's 2013 Petition relating to water quality standards for the State of Washington to protect aquatic life (the "Petition") no later than September 1, 2022. The Petition decision will contain the following provisions, which shall be enforceable as terms of this Order:

MODIFIED ORDER ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT - 1
Case No. 2:20-cv-01362-MJP

1. EPA shall grant the Petition for the following pollutants: Arsenic, Cadmium, Copper, Cyanide, Mercury, Selenium, Nickel, Acrolein, and Aluminum.

2. EPA shall issue a CWA section 303(c)(4)(B) Necessity Determination for these nine pollutants within nine months of the petition response, no later than June 1, 2023. If EPA finds that no new or revised criteria are necessary under CWA section 303(c)(4)(B) for any one or more of these nine pollutants within nine months of the petition response (and no later than June 1, 2023), then the district court's original December 29, 2021 order and January 19, 2022 judgment will be reinstated—including page 21, lines 17-19 and page 22, lines 6 to 8 of the order— and EPA will be obligated to comply within 180 days of reinstatement.

3. EPA will defer a decision on the Petition for three years for the following pollutants: Chromium III, DDT and its metabolites, Endosulfan, Endrin, Tributyltin, Zinc, Lead, and Nonylphenol. EPA shall issue a decision on the Petition for these eight pollutants within three years of the effective date of this Order.

4. EPA will deny the Petition for any remaining pollutants covered by the Petition.

The January 19, 2022 Judgment (ECF No. 61) is likewise amended to incorporate the terms of this Order.

DATED this 30th day of August, 2022.

The Honorable Marsha J. Pechman
United States Senior District Judge

MODIFIED ORDER ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT - 2
Case No. 2:20-cv-01362-MJP

*Presented by:*
Elisabeth H. Carter
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
Elisabeth.carter@usdoj.gov

*Attorney for Defendant*

MODIFIED ORDER ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT - 3
Case No. 2:20-cv-01362-MJP