|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |

| | | |
|---|---|---|
| 10 | NORTHWEST ENVIRONMENTAL ADVOCATES, | CASE NO. C20-1362 MJP |
| 11 | | ORDER ON UNOPPOSED MOTION TO STAY BRIEFING |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| 15 | | |
| 16 | Defendant. | |

Having considered Plaintiff's Unopposed Motion to Stay Briefing on Plaintiff's Motion for Attorneys' Fees and Expenses (Dkt. No. 87), the Court GRANTS the Motion in part, as follows.

The Court STAYS briefing on the Plaintiff's Motion for Attorneys' Fees and Expenses (Dkt. No. 86) until December 2, 2022. By no later than December 2, 2022, Plaintiff must file either a notice re-noting the currently filed Motion for Attorneys' Fees and Expenses or file an Amended Motion for Attorneys' Fees and Expenses. The re-noted or amended Motion must then

be noted for a decision on December 16, 2022. Defendant's response shall be due by December 12, 2022. Plaintiff's reply shall be due by December 16, 2022. If the Parties settle the dispute over attorneys' fees and expenses, they must notify the Court as soon as possible and not more than 7 days later.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 30, 2022.

Marsha J. Pechman
United States Senior District Judge