The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | | |
| Plaintiff, | | No. 2:20-cv-01362-MJP |
| v. | | **ORDER ON JOINT MOTION TO EXTEND STAY OF BRIEFING DEADLINES AND NOTICE OF SETTLEMENT** |
| THE U.S. ENVIRONMENTAL PROTECTION AGENCY, | | |
| Defendant. | | |

Upon consideration of the Joint Motion to Extend the Stay of Briefing Deadlines and Notice of Settlement, the Court hereby GRANTS the Motion. Accordingly, the Court extends the briefing deadlines for Plaintiff's Motion for Attorneys' Fees and Expenses, currently set in its September 30, 2022 Order, Dkt. 88, as follows:

- March 2, 2023: deadline for NWEA to either re-note the currently filed Motion for Attorneys' Fees and Expenses or file an Amended Motion for Attorneys' Fees and Expenses. The re-noted or amended motion will be noted for the Court's consideration on March 17, 2023.

[PROPOSED] Order on Joint Motion to Extend Stay
of Briefing Deadlines and Notice of Settlement – 1
2:20-cv-01362

- March 13, 2023: deadline for EPA's response brief

- March 17, 2023: deadline for NWEA's reply brief

DATED this 21st day of November, 2022.

The Honorable Marsha J. Pechman
United States Senior District Judge

*Presented by:*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Elisabeth Carter
ELISABETH H. CARTER
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202-598-3141
Elisabeth.carter@usdoj.gov

NICHOLAS W. BROWN
United States Attorney

/s/ Brian Kipnis
BRIAN KIPNIS
Assistant United States Attorney
    for the Western District of Washington
5220 United States Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

*Attorneys for Defendant*

Order on Joint Motion to Extend Stay
of Briefing Deadlines and Notice of Settlement – 2
2:20-cv-01362

*/s/ Lia Comerford*
Lia Comerford, WSBA No. 56447
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823
Fax: (503) 768-6642
E-mail: comerfordl@lclark.edu

*/s/ Bryan Telegin*
Bryan Telegin, WSBA No. 46686
Bricklin & Newman, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: (206) 264-8600
Fax: (206) 264-9300
E-mail: telegin@bnd-law.com

*Attorneys for Plaintiff*

Order on Joint Motion to Extend Stay
of Briefing Deadlines and Notice of Settlement – 3
2:20-cv-01362